```
 1 | Rod Danielson
    | Chapter 13 Trustee
 2 | 4361 Latham Ave., Suite 270
    | Riverside, CA 92501
 3 | Tel. (951) 826-8000, Fax (951) 826-8090
 4 |
 5 |
 6 |              UNITED STATES BANKRUPTCY COURT
    |        CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION
 7 | To:        Clerk, U.S. Bankruptcy Court
 8 | Re:        UNDISTRIBUTED FUNDS
 9 | Case No.:  6:08-bk-20771-MJ
10 | Debtor(s): PENNY LYNN BOSHAE
11 |            18116 RANDALL AVE
    |            FONTANA, CA 92316
12 |
13 |
14 | Explanation of Source: Transmitted herewith for deposit into the Court registry is the check identified
15 | below. The check was not deliverable at the address in the Trustee's file. The Trustee, after due diligence,
    | has not been able to locate the payee. Consequently, this check represents undistributed funds in the above
16 | referenced matter.
```

| Payee | Amount |
|---|---|
| PENNY LYNN BOSHAE | $38.33 |
| 18116 RANDALL AVE | |
| FONTANA, CA 92316 | |

Dated: 6/3/11

_____
Rod Danielson, Trustee

cc: Debtor, Attorney, Creditor

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ROD DANIELSON, Chapter 13 Trustee | | | | | | | Date: Aug 03, 2011 |
| Payee: US BANKRUPTCY COURT | | | | | | | |
| Case # | Debtor Name(s) | | Account # | Claim # | Payment | Interest | Principal |
| 0820771 | PENNY LYNN BOSHAE | | | 00000 | 38.33 | 0.00 | 38.33 |
| | | | | TOTALS: | 38.33 | 0.00 | 38.33 |

PLEASE DETACH AND RETAIN THIS STATEMENT AS YOUR RECORD OF PAYMENT

WARNING! DO NOT ACCEPT THIS CHECK UNLESS YOU CAN SEE A TRUE WATERMARK WHEN HOLDING THE CHECK TO THE LIGHT AND PINK LOCK AND KEY ICONS THAT FADE WHEN WARMED

**ROD DANIELSON**
**CHAPTER 13 TRUSTEE**
4361 Latham Street, Suite 270
Riverside, CA 92501
Tel. (951) 826-8000

PENNY LYNN BOSHAE
BALANCE: [0.00 Claim:00000]
ACCT:
PRINCIPAL: 38.33
CASE: 0820771
INTEREST: 0.00

16-4430
1220

**1ST ENTERPRISE BANK**
818 West Seventh St., #220
Los Angeles, CA 90017

CHECK NUMBER
**0360780**

CHECK DATE: **Aug 03, 2011**
AMOUNT: **\*\*\*\*\*\*\*\*\*38.33\*\***
VOID 45 DAYS FROM DATE

PAY   Thirty Eight And 33 / 100 Dollars

TO THE ORDER OF
US BANKRUPTCY COURT
ROD DANIELSON TRUSTEE
3420 TWELFTH STREET
RIVERSIDE, CA 92501

Rod Danielson

⑈0360780⑈ ⑆122044300⑆ ⑈030⑈100078⑈